*Josiah Sherman et al.* v. *Benjamin Long.* S. M. WOODRUFF, for complainants; O. L. BARBOUR, for defendants. Application for receiver denied; but defendant ordered to bring into court the sum of $1,335·35, admitted in his answer to be in his lands, within twenty days, and deposit the same with the register to abide the further order of the court.

*Charles A. Jackson* v. *Simeon Losee.* J. SANDFORD, for complainant; J. RHOADES, for defendant. Order directing a reference to a master to appoint a receiver of the dues and demands of the late firm of Jackson & Losee, which were sold and assigned to complainant by one of the members of that firm, on the 25th of January, 1845.

*Andrew S. Hammersley* v. *Hiram Parker.* J. W. HAMMERSLEY, for appellant; T. JAMES GLOVER, for respondent. Order to set aside attachment reversed. Proceedings upon attachment to be stayed, and the defendant discharged therefrom on his paying the $8 costs, and attending before the master within four days, and submitting to be examined, &c. Otherwise complainant to be at liberty to proceed upon his attachment. No costs allowed to either party.

*Charles H. Cocthe, receiver, &c.* v. *Orrin B. Crane.* J. RHOADES, for appellant; D. D. FIELD, for respondent. Motion to dismiss appeal denied, with $9 costs.

*Horace Loveland* v. *Michael A. Burnham et al.* O. L. BARBOUR, for the complainant; D. D. FIELD, for the defendants. Order directing a reference to a master in New-York to appoint a receiver of the schooner mentioned in the complainant's bill.

*Conrad J. LaGrange and wife* v. *James L'Amoureux.* A. S. HILLS, for complainants; J. L'AMOUREUX, defendant in person. Bill dismissed, but without costs and without prejudice to complainants' rights in any future litigation.